JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL MICHAEL ARNOLD,**<br>**Plaintiff,**<br>v.<br>**SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,**<br>**Defendant.** | NO. EDCV 15-1409-PA (KLS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: September 8, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE